## **EXHIBIT A**

## **IDPF'S NOTICE REQUESTING CONTRIBUTING ORGANIZATIONS TO GRANT TO W3C A LICENSE TO USE THEIR CONTRIBUTIONS TO EPUB**

**From:** Bill McCoy [mailto:bmccoy@idpf.org]
**Sent:** Monday, November 28, 2016 12:40 PM
**To:** Bill McCoy <bmccoy@idpf.org>
**Subject:** Request for Contributors to Co-Sign IDPF EPUB 3.1 Submission to W3C

Dear IDPF Member Primary Representatives,

As one element of finalizing the planned combination of IDPF with W3C, IDPF anticipates submitting EPUB 3.1 to W3C as a W3C Member Submission (presuming EPUB 3.1 is completed and approved by IDPF Members as a final Recommended Specification).

IDPF and W3C would like all organizations that contributed to the development of EPUB specifications to co-sign IDPF's member submission. This will facilitate the transfer of this important intellectual property and memorialize your organization's contributions to a critical open standard.

A request for co-signers was just published on idpf.org(http://idpf.org/news/request-for-contributors-to-co-sign-idpf-epub-31-submission-to-w3c). This request is of course applicable to all current EPUB Working Group members so we would appreciate your participation, particularly if your organization made material contributions to the development of EPUB.

An authorization, which includes a draft of the cover for the prospective submission, is located at http://idpf.org/sites/default/files/EPUB_3_1_authorization_with_cover.pdf

This request for co-signers is applicable to all current and former IDPF member organizations that contributed to any version of EPUB (including contributions to extension specifications that were subsequently incorporated into EPUB). Please note that, as provided in the authorization, the prospective submission will take place if and only if the combination of IDPF with W3C is finalized as planned.

If your organization contributed to the development of EPUB specifications, please sign the submission authorization at your earliest convenience (but no later than December 21, 2016), and email a scan of the signed authorization to bmccoy@idpf.org (or remit by physical mail to IDPF, 113 Cherry St. Ste 70-719 Seattle, WA 98110 USA).

Please don't hesitate to contact me if you have any questions.

This request is also being sent to current IDPF EPUB Working Group members, apologies in advance for any duplication.

Thanks,

--Bill

--

Bill McCoy

Executive Director  
International Digital Publishing Forum (IDPF)  
email: bmccoy@idpf.org  
mobile: +1 206 353 0233

Join IDPF

# Request for Contributors to Co-Sign IDPF EPUB 3.1 Submission to W3C

NOVEMBER 28, 2016

As one element of finalizing the planned combination of IDPF with W3C (http://idpf.org/news/idpf-members-approve-plan-to-combine-with-w3c) , IDPF anticipates submitting EPUB 3.1 (http://www.idpf.org/epub/31/spec/epub-spec.html) to W3C as a W3C Member Submission (https://www.w3.org/Submission/) . IDPF and W3C would like all organizations that contributed to the development of EPUB specifications to co-sign IDPF's member submission. This will facilitate the transfer of this important intellectual property and memorialize your organization's contributions to a critical open standard. The goal is to facilitate future work on major revisions to EPUB, as well as the ability to potentially reuse features in EPUB in other Web specifications, on a royalty-free (RF) basis according to the W3C Patent Policy (https://www.w3.org/Consortium/Patent-Policy-20040205/) , even though originally developed under IDPF's policies (http://idpf.org/sites/default/files/corporate-documents/IDPF_IP_Policy.htm) which require only RAND (reasonable and non-discriminatory) licensing of essential patents. Our community has been very lucky that EPUB has nevertheless always been free to use and implement, and we would like to take the opportunity of the combination with W3C to ensure that EPUB remains open and set the stage for future work at W3C to deliver maximum compatibility with EPUB 3.

An authorization (http://idpf.org/sites/default/files/EPUB_3_1_authorization_with_cover.pdf) , which includes a draft of the cover for the prospective submission, is located at http://idpf.org/sites/default/files/EPUB_3_1_authorization_with_cover.pdf (http://idpf.org/sites/default/files/EPUB_3_1_authorization_with_cover.pdf)

This request for co-signers is applicable to all current and former IDPF member organizations that contributed to any version of EPUB (including contributions to extension specifications that were subsequently incorporated into EPUB). Please note that, as provided in the authorization, the prospective submission will take place if and only if the combination of IDPF with W3C is finalized as planned. As well, please note that signing does not imply any endorsement of, or commitment to implement, EPUB 3.1: it is strictly about the IP transfer, and this is being done based on EPUB 3.1 only because it's the latest version of the EPUB specification.

If your organization contributed to the development of EPUB specifications, please sign the submission authorization at your earliest convenience and email a scan of the signed authorization (http://idpf.org/sites/default/files/EPUB_3_1_authorization_with_cover.pdf) to bmccoy@idpf.org (mailto:bmccoy@idpf.org) (or remit by physical mail to IDPF, 113 Cherry St. Ste 70-719 Seattle, WA 98110 USA).

*UPDATE (Jan 13 2017) : additional information about the request for authorizations has been published at http://idpf.org/news/calling-all-epub-contributors-ensure-epub-remains-free-and-open (http://idpf.org/news/calling-all-epub-contributors-ensure-epub-remains-free-and-open)*

 | **Submissions**

# Submission Authorization: EPUB 3.1

## Licensing Commitment for EPUB 3.1 Submission

On behalf of _____ ("Organization"), as its legal representative, I _____ (name), hereby authorize the commitment of Organization to the terms of the EPUB 3.1 Submission to W3C as attached (with the understanding that the date, names of submitters including Organization, and links to final versions of the EPUB 3.1 specification documents will be updated in the final Submission). That Submission shall take effect only upon or after the Effective Date of the planned combination of IDPF with W3C.

## Signed

_____ (signature)

_____ (print name)

_____ (title)

_____ (Organization name)

Date: _____

***ATTACHMENT TO AUTHORIZATION –EPUB 3.1 SUBMISSION REQUEST (DRAFT)***

 | Submissions

# Submission Request to W3C: EPUB 3.1

## Submitted Materials

We, W3C Members @@ and additional contributors @@ submit to the Consortium the following specification, comprising the following document(s) attached hereto:

1. The EPUB 3.1 specification.
2. EPUB Packages 3.1
3. EPUB Content Documents 3.1
4. EPUB Media Overlays 3.1
5. EPUB Open Container Format (OCF) 3.1
6. EPUB Accessibility
7. Alternate Style Tags

which collectively are referred to as "the Submission". We request the Submission be known as the *EPUB 3.1* Submission.

## Abstract

The EPUB 3.1 specification defines a distribution and interchange format for digital publications and documents. The EPUB® format provides a means of representing, packaging and encoding structured and semantically enhanced Web content — including HTML, CSS, SVG and other resources — for distribution in a single-file container.

The EPUB 3.1 standard is modular in nature, with core features and functionality defined across a family of sub-specifications.

This specification represents the top-most specification in the family. It includes the conformance requirements for both EPUB Publications (the product of the standard) and EPUB Reading Systems (the applications that consume EPUB Publications and present their content to users).

The other specifications that comprise EPUB 3.1 are as follows:

- EPUB Packages 3.1 [Packages 3.1] — defines requirements for each Rendition of the content.
- EPUB Content Documents 3.1 [Content Docs 3.1] — defines profiles of XHTML, SVG and CSS for use in the context of EPUB Publications.
- EPUB Media Overlays 3.1 [Media Overlays 3.1] — defines a format and a processing model for synchronization of text and audio.
- EPUB Open Container Format (OCF) 3.1 [OCF 3.1] — defines a file format and processing model for encapsulating a set of related resources into a single-file (ZIP) EPUB Container.
- EPUB Accessibility [EPUB Accessibility] — defines accessibility conformance and discovery metadata requirements for EPUB Publications.
- Alternate Style Tags [Alt Style Tags] — defines a pattern for tagging alternate style sheets using microformats.

## Intellectual Property Statements

*The below statements concerning Copyrights, Trade and Service Marks, and Patents, have been made by the following people on behalf of themselves and their affiliated organizations:*

- @@, Advisory Committee representative, @@
- @@, Authorized representative, @@

Copyrights

Each organization, respectively, hereby grants to the W3C a perpetual, nonexclusive, royalty-free, world-wide right and license under any its copyrights on this contribution, to copy, publish and distribute the contribution under the W3C document licenses.

Additionally, should the Submission be used as a contribution towards a W3C Activity, each organization grants a right and license of the same scope to any derivative works prepared by the W3C and based on, or incorporating all or part of, the contribution. Each organization further agrees that any derivative works of this contribution prepared by the W3C shall be solely owned by the W3C.

Patents

Each organization, respectively, agrees to offer licenses according to the W3C Royalty-Free licensing requirements described in section 5 of the 5 February 2004 W3C Patent Policy for any portion of the Submission that is subsequently incorporated in a W3C Recommendation.

## Suggested action

We propose that W3C adopt this Submission in a Community Group for ongoing development and maintenance purposes. W3C may also choose to incorporate elements in Recommendation Track specifications in a Publishing Working Group and/or other W3C Working Groups.

## Contact

Inquiries from the public or press about this Submission should be directed to: **public-digipub@w3.org**

## Submitted

This @@, 2016,

- @@, Advisory Committee representative, @@

@@,