OverDrive, Inc., et. al., Plaintiff(s)
vs.
The Open eBook Forum d/b/a the International Digital Publishing Forum, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 144255-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Open eBook Forum, d/b/a the International Digital Publishing Forum c/o National Corporate Research, Ltd., Registered Agent

BENESCH, FRIEDLANDER, ET AL
Mr. Duncan Poirier
200 Public Square, Ste. 2300
Cleveland, OH 44114-2378

Court Case No. 1:17-cv-165

State of: District of Columbia) ss.
County of: Washington )

Name of Server: **Ambako Guice**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **31st** day of **January**, 20**17**, at **2:54** o'clock **P** M

Place of Service: at **1025 Vermont Ave., N.W., Suite 1130**, in Washington, DC 20005

Documents Served: the undersigned served the documents described as:
Complaint for Declaratory Judgment, Damages and Injunctive Relief with Jury Trial Demanded; Exhibit A; Civil Cover Sheet; Alias Summons in a Civil Action; Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference; Corporate Disclosure Statement; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
The Open eBook Forum, d/b/a the International Digital Publishing Forum c/o National Corporate Research, Ltd., Registered Agent
By delivering them into the hands of an officer or managing agent whose name and title is: **Edgar Lopez, Legalization Specialist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **none**
Approx. Age **43**; Approx. Height **5'7"**; Approx. Weight **230**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **2nd** day of **February**, 20**17**

Angela H. Croson
(Commission Expires)

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019