UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OVERDRIVE, INC., ) | Case No.: 1:17 CV 165 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| OPEN eBOOK FORUM d/b/a ) | |
| INTERNATIONAL DIGITAL ) | |
| PUBLISHING FORUM, ) | |
| ) | CASE MANAGEMENT |
| Defendant ) | <u>CONFERENCE ORDER</u> |

A case management conference was held with counsel for the parties in the within case on March 23, 2017, at 10:30 a.m.

All parties do not consent to Magistrate Judge jurisdiction.

This case is assigned to the standard track.

The parties will exchange pre-discovery disclosures by April 28, 2017.

The parties will have until August 18, 2017, to join parties or amend the pleadings. The cut-off date for discovery is October 6, 2017. The parties will exchange expert reports by November 3, 2017, and rebuttal expert reports by December 1, 2017. The expert discovery cut-off date is January 12, 2018. The dispositive motion cut-off date is February 9, 2018.

After discussion with the parties, the court determined that Alternative Dispute Resolution would not be useful at this time but might be useful in the future. The court will hold a telephonic

status conference with counsel for the parties on April 11, 2017, at 2:30 p.m., to revisit whether mediation would be useful.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

March 23, 2017