UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OVERDRIVE, INC., | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:17 CV 165 |
| v. | ) |
| | ) JUDGE SOLOMON OLIVER, JR. |
| OPEN EBOOK FORUM d/b/a INTERNATIONAL DIGITAL PUBLISHING FORUM, | ) |
| Defendant. | ) |

**PLAINTIFF OVERDRIVE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff OverDrive, Inc. moves this Court, pursuant to Fed. R. Civ. P. 56(a), for an order granting summary judgment that a transfer by Defendant Open eBook Forum d/b/a International Digital Publishing Forum of the EPUB copyrights to the Massachusetts Institute of Technology would be invalid in violation of 17 U.S.C. § 204(a). No genuine issues of material fact exist and the Plaintiff is entitled to judgment as a matter of law. A memorandum in support of this motion is incorporated by reference.

Dated: March 12, 2019

Respectfully submitted,

*/s/ Mark E. Avsec*
Mark E. Avsec (0064472)
mavsec@beneschlaw.com
Andrew G. Fiorella (0077005)
afiorella@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

*Attorneys for Plaintiff OverDrive, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system on March 12, 2019. Notice of this filing will be served upon counsel of record by operation of the CM/ECF system.

>  */s/ Mark E. Avsec*
>  Mark E. Avsec (0064472)
> 
>  *One of the Attorneys for*
>  *Plaintiff OverDrive, Inc.*